■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS PEZZIMENTI, Appellant. (Appeal No. 2.) [665 NYS2d 499] —Judgment unanimously modified on the law and as modified affirmed. Same Memorandum as in *People v Pezzimenti*, 245 AD2d 1030 [decided herewith]). (Appeal from Judgment of Cattaraugus County Court, DiTullio, J.—Petit Larceny.) Present— Pine, J. P., Lawton, Wisner, Balio and Fallon, JJ.